UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: ) CHAPTER 13
    EDGAR W DYE, JR. )
    LORRAINE M. DYE, ) CASE NO. 10 70405
)
)
Debtor(s). )

# ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy code, filed by the Debtor on 1/30/2010 (as modified by the amendment filed on 5/12/10), having been found by the Court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

☒ *[if applicable]* Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, shall continue to be property of the estate following confirmation.

☒ ORDERED that the debtor(s) shall file with the Trustee a copy of his/her/their 2010 complete tax return on or before May 15, 2011, a copy of his/her/their 2011 complete tax return on or before May 15, 2012, a copy of his/her/their 2012 complete tax return on or before May 15, 2013, a copy of his/her/their 2013 complete tax return on or before May 15, 2014 and a copy of his/her/their 2014 complete tax return on or before May 15, 2015; that the confirmation herein shall not bar the trustee from seeking a modification of the plan if it appears that additional disposable income is available to fund this Chapter 13 Plan. The Chapter 13 Plan is hereby deemed amended accordingly.

☒ ORDERED that the debtor(s) shall file an Amended Schedule I and J when debtor(s)' start to receive more than $700.00 per month rental income. The Chapter 13 Plan is hereby deemed amended accordingly

☒ ORDERED that the confirmation herein shall not bar the Trustee from seeking modification of the plan if it appears that additional disposable income is available to fund the Chapter 13 Plan. The Chapter 13 Plan is hereby deemed amended accordingly.

☒ ORDERED that notwithstanding any provisions of the debtor(s)' Chapter 13 Plan to the contrary, the debtor(s) shall pay all tax refunds above $2,000 per year into the plan in addition to the base. The Chapter 13 Plan is hereby deemed amended accordingly.

☒ ORDERED that notwithstanding any provision of the debtor(s)' Chapter 13 Plan to the contrary, the arrearage claim of JP Morgan Chase shall be paid at $~~19,726.03~~ instead of $16,447.00. Said amendment impacts insignificantly on creditors. The Chapter 13 Plan is hereby deemed amended accordingly.

*[handwritten: 19,361.30 (includes cost of collection)]*

☒    **ORDERED** that the debtor(s)' shall pay $5,678.00 from their 2009 tax refund into the plan and shall be added to the base for a total base plan of $108,986.00. The Chapter 13 Plan is hereby deemed amended accordingly.

☒    **ORDERED** that paragraph G should state the attorney fee's shall be paid at ½ of the monthly plan payments and secured creditors shall be paid pro rata. The Chapter 13 Plan is hereby deemed amended accordingly.

ENTER:

Dated: JUL 23 2010

_____
JUDGE MANUEL BARBOSA

Lydia S. Meyer, Trustee
308 W. State Street, Suite 212
P.O. Box 14127
Rockford, IL  61105-4127
Phone:  815-968-5354
Fax:    815-968-5368