UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  10-70405 |
| DYE, EDGAR W. and LORRAINE M. | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING AMENDED CHAPTER 13 PLAN**

THIS CAUSE coming on for hearing on the Motion of Debtors EDGAR W. DYE, JR. and LORRAINE M. DYE to Modify their Amended Chapter 13 Plan pursuant to Section 1329 of the Bankruptcy Code, and the Court having considered the Motion and being advised in the premises;

IT IS HEREBY ORDERED:

That the Debtor's Amended Chapter 13 Plan is modified as follows:

1. That the Debtors' payments to the Trustee for the months of March, 2012 through and including July of 2012, are suspended and the payment due for the month of August, 2012 is reduced to $1,387.60 and the payments to the unsecured creditors are reduced accordingly and any prior order of this court barring suspension of payments to the Trustee is vacated

2. Allowed claims shall be paid at 100%.

3. That all other provisions of the Debtors's Amended Chapter 13 Plan remain in full force and effect.

Enter: [signature]

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated: OCT - 5 2012

**Prepared by counsel of Movant:**

David A. Aaby 6208413
1318 East State Street
Rockford, IL 61104
(815) 965-2433

Rev: 20101008_bko